#K2385:5022   ASSIGNMENT OF MORTGAGE

Mortgage Electronic Registration Systems, Inc. , P.O. Box 2026 Flint MI 48501 holder of a mortgage from Sheila M. Mccauley to Ameriquest Mortgage Company dated March 14, 2005, and recorded with the Records of Land Evidence in the town of North Kingstown on April 4, 2005 at 11:38am at Book 1979, Page 253 assigns said mortgage and the note and claim secured thereby to JPMC Specialty Mortgage, LLC , c/o Chase Home Finance LLC 10790 Rancho Bernardo Road San Diego, CA 92127

Property Address:   11 Gray Drive, North Kingstown, RI 02852

IN WITNESS WHEREOF, the said Mortgage Electronic Registration Systems, Inc. has caused its corporate seal to be hereto affixed and these presents to be signed, in its name and behalf by Andrew S. Harmon, Assistant Secretary and Vice President*

this / 1 K day of April, 2009

Mortgage Electronic Registration Systems, Inc.

By: _____
Andrew S. Harmon, Assistant Secretary and Vice President*

*for signatory authority, see corporate resolution recorded with the Records of Land Evidence in the town of North Kingstown at Book 1930, Page 197

The Commonwealth of Massachusetts

Middlesex, ss                                                                  April 15, 2009

On this 15 day of April 20 09, before me, the undersigned notary public, personally appeared Andrew S. Harmon, proved to me through satisfactory evidence of identification, which were personal knowledge to be the person whose name is signed on the preceding or attached document, and acknowledged to me that (he) (she) signed it voluntarily for its stated purpose.

Capacity: (as Assistant Secretary and Vice President* _____ for Mortgage Electronic Registration Systems, Inc. _____ )

_____ (Affix Seal)
Notary Signature

My commission expires: 7/11/7